UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | Case No. C07-5572RJB |
| TOM GILES *et al.*, | ORDER |
| Defendants. | |

This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed two documents since this action was initially filed. (Dkt. # 3 and 4). Dkt. # 3 is a letter asking the clerk's office to take exhibits from the original complaint copies and attach them to the copies of the amended complaint to make service copies. **Dkt. # 3 is now UNSEALED**.

REPORT AND RECOMMENDATION- 1

1     Dkt. # 4 is an amended complaint. The complaint is 38 pages long with 167 pages of
2 exhibits. **Dkt. # 4 is now UNSEALED**.

3     The clerk's office is directed to send copies of this order to plaintiff and to counsel for
4 defendants.

6     DATED this 28 day of November, 2007.

9                                   /S/ *J. Kelley Arnold*
                                    J. Kelley Arnold
10                                  United States Magistrate

28 REPORT AND RECOMMENDATION- 2