1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

　　　　Plaintiff,

　　v.

TOM GILES *et al*.,

　　　　Defendants

Case No. C07-5572RJB

ORDER TO PROVIDE
COMPLETE SERVICE
DOCUMENTS

　　　　This case has been referred to the undersigned Magistrate Judge. Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable amended complaint (Dkt. # 4) There are two complete copies of the amended complaint with exhibits. There are six named defendants. Mr. Marks has filed four copies of the amended complaint without exhibits. In a letter to the clerk's office Mr. Marks asks the clerk to remove the exhibits from four copies of his original complaint and attach those copies to his amended complaints that do not have exhibits (Dkt # 3). Mr. Marks avers the court will then have the proper number of copies for service.

　　　　It is not the purpose of the clerk's office to perform clerical functions of this nature for litigants. It is a plaintiffs obligation to submit his documents in the form he wishes to have them filed or served.

　　　　Mr. Marks will provide four more copies of his amended complaint, complete with exhibits,

ORDER

1  as service copies. The court will not order service by mail be attempted until those documents have
2  been submitted. Within **ten days of this order** Mr. Marks will inform the court long he believes it
3  will take him provide service documents.
4      Mr. Marks also asks the court to state that all documents must be fastened at the top. He
5  complains that authorities at the Northwest Detention Center are not providing staples or other
6  fasteners for his use (Dkt # 3). The court does not conduct business by letter. No action will be
7  taken on this request.
8      The Clerk is directed to send a copy of this Order to plaintiff and note this matter for
9  **December 21, 2007.**

DATED this 29th day of November 2007.


                                    */s/ J. Kelley Arnold*_____
                                    J. Kelley Arnold
                                    United States Magistrate Judge

28  ORDER