1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

       Plaintiff,

    v.

TOM GILES *et al.*,

       Defendants.

Case No. C07-5572RJB/JKA

ORDER UNSEALING A
DOCUMENT AND
CONVERTING A MOTION
TO DISMISS TO A MOTION
FOR SUMMARY JUDGMENT

    This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge

pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that

sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has

filed one document since the last order (Dkt. # 15).  Dkt. # 15 contains is Mr. Mark's response to

ORDER- 1

1   defendant's motion to dismiss this action. **Dkt. # 15 is now UNSEALED**.

2           This action involves allegations that the conditions of confinement in segregation are

3   unconstitutional as mentally ill persons are housed with others.  Plaintiff alleges the mentally ill

4   persons are creating unconstitutional conditions with noise and their acting out; including flooding of

5   cells and smearing of fecal matter.

6           Plaintiff alleges he was improperly placed in segregation, that his placement in segregation

7   was retaliation for his litigation, and that he has been discriminated against. Review of the motion to

8   dismiss reveals that defendants have included documents outside of the pleadings, including infraction

9   reports and documents from plaintiff's disciplinary hearing.  The proper procedure for the court is to

10  either convert the motion to dismiss to a motion for summary judgment or not to consider the

11  documents outside the complaint.

12          If a motion to dismiss is converted to a motion for summary judgment the parties must be

13  given notice and an opportunity to amend or supplement the filings. Graux v. Pulley, 739 F.2d 437

14  (9th Cir. 1984).  The Court now finds and Orders:

15      (1)   The motion to dismiss will be considered as a motion for summary
              judgment.  The defendant should submit any additional briefing or
16            exhibits they wish by MAY 16, 2008.  Plaintiff may file a response by
              MAY 30, 2008.  a reply will be due one week after the response has
17            been unsealed.

18      (2)   Neither party has addressed the conditions of confinement in
              segregation.  Plaintiff has admitted to swearing at Officer Giles during
19            a discussion of a grievance.  This discussion took place in the unit and
              officer Giles alleges he was forced to leave the area until the situation
20            de-escalated.  Given plaintiff's admission to swearing at the officer, the
              court is less concerned with the reason for placement in segregation
21            than with the conditions in that are alleged in the complaint.

22      (3)   The clerk is directed to send copies of this order to plaintiff and
              counsel for Defendants.

23

24      DATED this 9 day of April, 2008.

25

                                    /S/ J. Kelley Arnold
26                                  J. Kelley Arnold
                                    United States Magistrate
27

28  ORDER- 2