1

2

3

4

5

6

7

8

9

10                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
11                                  AT TACOMA

12

13    ANTOLIN ANDREW MARKS,

14            Plaintiff,

15        v.                                      Case No. C07-5572RJB/JKA

16    TOM GILES *et al.*,                         ORDER

17            Defendants.

18

19        This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge

20    pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.

21        Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that

22    sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has

23    filed two documents since the last order was entered.  (Dkt. # 21 and 22).  Both of these documents

24    are in response to a pending motion which has been converted to a motion for summary judgment.

25    **Dkt. # 21 and 22 are now UNSEALED**.

26        Defendants will have until **July 11, 2008**, to file a reply.  The court will consider the motion

27    for summary judgment, (Dkt # 14), on **July 18, 2008.**

28    REPORT AND RECOMMENDATION- 1

1    Until a Report and Recommendation on the motion is issued this action is **STAYED**.

2    The clerk's office is directed to send copies of this order to plaintiff and to counsel for defendants

3    and note the motion for summary judgment for July 18, 2008.

4

5

        DATED this 23 day of June, 2008.

6

7

8                                            */S/ J. Kelley Arnold*
                                             J. Kelley Arnold
9                                            United States Magistrate

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPORT AND RECOMMENDATION- 2