UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>Plaintiff,<br><br>v.<br><br>TOM GILES *et al.*,<br><br>Defendants. | Case No. C07-5572RJB/JKA<br><br>ORDER |

This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.

Before the court is Mr. Marks motion to have the court take "judicial notice" of a report authored by University of Seattle and One America (Dkt. # 38). The methodology of the report shows the information in it came from interviews with persons. The majority of the information in the report does not come from direct observation. Further, the information Mr. Marks asks the court to consider is to a large extent not germane to the remaining claim in this litigation.

The only claim remaining in this action is Mr. Marks claim regarding the conditions of confinement in segregation. The motion for judicial notice is **DENIED**. The court will not consider Dkt. # 38.

If the information in this report becomes germane to a dispositive motion, or at trial, any party may then submit the report. This allows the other side the opportunity to raise any objection

ORDER 1

1 | they may have in a proper context.
2 | The motion is **DENIED.**  The Clerk is directed to mail a copy of this Order to plaintiff and
3 | counsel and remove Dkt. # 38 from the court's calendar.
5 | DATED this 27 day of February 2009.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate

ORDER 2