# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTOLIN ANDREW MARKS,

                Plaintiff,

  v.

TOM GILES, *et al*.

                Defendants.

No. 07-5572RJB/JRC

ORDER ON PENDING MOTIONS

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the Court are Plaintiff's Motion for Restoration of Paperwork (Dkt. # 42), and plaintiff's Motion for an Extension of Time to file a reply on a motion to compel (Dkt. # 47).

The court ordered defendants to Show Cause regarding the Motion for Restoration of Paperwork and they have done so (Dkt # 52 and 53). Plaintiff has filed an over length reply that will not be considered by the court as it is in violation of Local Rule 7 (e)(3) which limits reply

ORDER - 1

briefs to 12 pages. The reply brief filed is 21 pages long. Plaintiff has been repeatedly warned regarding his over length filings. Further, the court will not consider plaintiff's untimely declarations on motions, (Dkt. # 49, 50, and 51). Documents in support of a motion need to be filed with the motion. It is unfair to opposing counsel to allow documents which may need a response to be filed at a later time, thus reducing the time available to file a response. In the future plaintiff should consider that the proper filings are a motion, a response, and a reply.

The Motion for an Extension of Time, (Dkt # 47) is DENIED. The court entered an order on May 5, 2009, granting in part the motion to compel (Dkt. # 54). The untimely reply was not considered.

The Motion for Restoration of Paperwork is also DENIED. In the response defendants show the court that Mr. Marks has been under investigation for running a business where he provides legal services to detainees for pay (Dkt. # 52 and 53). Defendants show Mr. Marks has access to his materials by making specific requests and that the amount of time he is allotted in the library is consistent with national standards (Dkt. # 53).

The Clerk is directed to send plaintiff a copy of this order and remove Dkt. # 42 and 47from the court's calendar.

DATED this 1st day of June, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 2