AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

MARK GILES, et al.,

CASE NUMBER: C07-5572RJB/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation (Dkt. 71) is **ADOPTED**;

Defendants' Motion for Summary Judgment (dkt. 60) is **GRANTED**;

The remaining claim is **DISMISSED WITH PREJUDICE**; and

This case is **CLOSED**.

| | |
|---|---|
| November 4, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |